**Opinion filed July 16, 2026**



### In The

# Eleventh Court of Appeals

_____

## No. 11-26-00143-CV

_____

## MOD SUPER FAST PIZZA, LLC, Appellant

## V.

## A-S 116 NORTH TARRANT PKWY-PRECINCT LINE, L.P., Appellee

**On Appeal from the 67th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 067-355194-24**

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal from the trial court's order granting Appellee's traditional motion for summary judgment.[1]  Appellant has now filed an unopposed motion to dismiss the appeal pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure.  TEX. R. APP. P. 42.1(a).  In the motion, Appellant states that

---

[1]This appeal was transferred to this court from the Second Court of Appeals pursuant to a docket equalization order issued by the Texas Supreme Court.  *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2025).

"[t]he parties[] have agreed to dismissal with prejudice, with each party to bear its own appellate costs."

We grant Appellant's motion and dismiss this appeal.


W. BRUCE WILLIAMS
JUSTICE


July 16, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.